**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| IN RE: 1-800 CONTACTS<br>ANTITRUST LITIGATION | )<br>) | MDL Docket No. _____________ |

**PLAINTIFFS' MOTION FOR TRANSFER AND**
**COORDINATION OF RELATED ACTIONS PURSUANT TO 28 U.S.C. § 1407**

Plaintiffs Daniel Bartolucci and Edward Ungvarsky ("Plaintiffs") respectfully move the Judicial Panel on Multidistrict Litigation, pursuant to 28 U.S.C. § 1407, for an order transferring the following actions to the District Court for the District of Columbia for coordinated or consolidated pretrial proceedings and assigning them to the Honorable Amy Berman Jackson:

1. *Thompson v. 1-800 Contacts, Inc.*, D. Utah, Case No. 2:16-cv-01183-TC
2. *Stillings v. 1-800 Contacts, Inc.*, D. Utah, Case No. 2:16-cv-01257-TS
3. *Bean v. 1-800 Contacts, Inc.*, E.D. Pa., Case No. 2:16-cv-05726-AB
4. *Zimmerman v. 1-800 Contacts, Inc.*, E.D. Pa., Case No. 2:16-cv-06417-AB
5. *Bartolucci v. 1-800 Contacts, Inc.*, D.D.C., Case No. 1:17-cv-00097-ABJ
6. *Henry v. 1-800 Contacts, Inc.*, D.D.C., Case No. 1:17-cv-00117

Plaintiffs respectfully submit that the United States District Court for the District of Columbia is the most appropriate forum for the Related Actions for the following reasons: (1) a related administrative action brought by the Federal Trade Commission against the same Defendant, 1-800 Contacts, is pending in the District of Columbia; (2) D.C. is a convenient location for the majority of the third party witnesses; (3) the majority of the Plaintiffs are located in D.C. or in close proximity to it; (4) the District Court for the District of Columbia has favorable docket conditions, permitting efficient and timely litigation; and (5) the District Court for the District of Columbia has considerable experience with antitrust law and litigation and with MDL proceedings.

This motion is based on the accompanying Brief in Support of Motion to Transfer, the Schedule of Actions in Support of Motion to Transfer, and the Exhibits in Support of Motion to Transfer. Plaintiffs' Motion for Transfer and Coordination should be granted for the reasons stated more fully in Plaintiffs' brief and supporting documents. Plaintiffs also request that all related actions, as well as any tag-along actions, be transferred to the District Court for the District of Columbia, and assigned to the Honorable Amy Berman Jackson.

DATED: January 24, 2017

Respectfully submitted,

BOIES, SCHILLER & FLEXNER LLP

By: /s/ Carl E. Goldfarb
Carl E. Goldfarb
Boies, Schiller & Flexner LLP
401 East Las Olas Blvd., Suite 1200
Fort Lauderdale, Florida 33301
Tel. (954) 356-0011
Fax (954) 356-0022

William A. Isaacson
Scott E. Gant
Boies, Schiller & Flexner LLP
1401 New York Ave. NW
Washington, DC 20005
Tel. (202) 237-2727
Fax (202) 237-6131

*Attorneys for Plaintiffs Daniel Bartolucci and Edward Ungvarsky*