**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

# NOTICE OF HEARING SESSION

Pursuant to the order of the United States Judicial Panel on Multidistrict Litigation filed today, notice is hereby given that a hearing session has been scheduled to consider various matters under 28 U.S.C. § 1407.

DATE OF HEARING SESSION: **March 30, 2017**

LOCATION OF HEARING SESSION: Sandra Day O'Connor United States Courthouse
Special Proceedings Courtroom, Suite 200
401 West Washington Street
Phoenix, Arizona 85003

TIME OF HEARING SESSION: In those matters designated for oral argument, counsel presenting oral argument must be present at **8:00 a.m.** in order for the Panel to allocate the amount of time for oral argument. Oral argument will commence at **9:30 a.m.**

SCHEDULED MATTERS: Matters scheduled for consideration at this hearing session are listed on the enclosed Hearing Session Order and Schedule of Matters for Hearing Session.

- Section A of this Schedule lists the matters designated for oral argument and includes all actions encompassed by Motion(s) for transfer filed pursuant to Rules 6.1 and 6.2. Any party waiving oral argument pursuant to Rule 11.1(d) need not attend the Hearing Session.
- Section B of this Schedule lists the matters that the Panel has determined to consider **without oral argument**, pursuant to Rule 11.1(c). Parties and counsel involved in these matters need not attend the Hearing Session.

ORAL ARGUMENT:

- The Panel carefully considers the positions advocated in filings with the Panel when it allocates time to attorneys presenting oral argument. The Panel, therefore, expects attorneys to adhere to those positions including those concerning an appropriate transferee district. Any change in position should be conveyed to Panel staff before the beginning of oral argument. Where an attorney thereafter advocates a position different from that conveyed to Panel staff, the Panel may reduce the allotted argument time and decline to hear further from that attorney.

- The Panel expects attorneys presenting oral argument to be prepared to discuss what steps they have taken to pursue alternatives to centralization including, but not limited to, engaging in informal coordination of discovery and scheduling, and seeking Section 1404 transfer of one or more of the subject cases.

For those matters listed on Section A of the Schedule, the "Notice of Presentation or Waiver of Oral Argument" must be filed in this office no later than **March 13, 2017.** The procedures governing Panel oral argument (Panel Rule 11.1) are attached. The Panel strictly adheres to these procedures.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

cc: Clerk, United States District for the District of Arizona

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**HEARING SESSION ORDER**

The Panel issues the following orders in connection with its next hearing session,

IT IS ORDERED that on March 30, 2017, the Panel will convene a hearing session in Phoenix, Arizona, to consider the matters on the attached Schedule under 28 U.S.C. § 1407.

IT IS FURTHER ORDERED that the Panel may, on its own initiative, consider transfer of any or all of the actions in those matters to any district or districts.

IT IS FURTHER ORDERED that the Panel will hear oral argument on the matters listed on Section A of the attached Schedule, unless the parties waive oral argument or unless the Panel later decides to dispense with oral argument pursuant to Panel Rule 11.1(c).

IT IS FURTHER ORDERED that the Panel will consider without oral argument the matters listed on Section B of the attached Schedule pursuant to Panel Rule 11.1(c). The Panel reserves the prerogative, on any basis including submissions of parties pursuant to Panel Rule 11.1(c), to designate any of those matters for oral argument.

IT IS FURTHER ORDERED that the Clerk of the Judicial Panel on Multidistrict Litigation shall direct notice of this hearing session to counsel for all parties involved in the matters on the attached Schedule.

PANEL ON MULTIDISTRICT LITIGATION

Sarah Vance

Sarah S. Vance
Chair

| | |
|---|---|
| Marjorie O. Rendell | Charles R. Breyer |
| Lewis A. Kaplan | Ellen Segal Huvelle |
| R. David Proctor | Catherine D. Perry |

SCHEDULE OF MATTERS FOR HEARING SESSION
March 30, 2017 -- Phoenix, Arizona

## SECTION A
## MATTERS DESIGNATED FOR ORAL ARGUMENT

(This schedule contains only those civil actions listed in the Schedule(s) of Actions submitted with the docketed motion(s) for transfer. See Panel Rules 6.1 and 6.2. In the event these dockets are centralized, other actions of which the Panel has been informed may be subject to transfer pursuant to Panel Rule 7.1.)

MDL No. 2765 - **IN RE: WALDEN UNIVERSITY, LLC, DOCTORAL PROGRAM LITIGATION**

Motion of plaintiff LaTonya Thornhill to transfer the following actions to the United States District Court for the District of Minnesota:

District of Maryland

STREETER v. WALDEN UNIVERSITY, LLC, ET AL., C.A. No. 1:16-03460

District of Minnesota

WRIGHT, ET AL. v. WALDEN UNIVERSITY, LLC, ET AL., C.A. No. 0:16-04037

Southern District of Ohio

THORNHILL v. WALDEN UNIVERSITY, LLC, ET AL., C.A. No. 2:16-00962

MDL No. 2766 - **IN RE: WELLS FARGO FRAUDULENT ACCOUNT OPENING LITIGATION**

Motion of plaintiffs Lawrence J. Mitchell, et al., to transfer the following actions to the United States District Court for the District of Utah:

Northern District of Alabama

JEFFRIES, ET AL. v. WELLS FARGO & COMPANY, ET AL., C.A. No. 2:16-01987

Central District of California

FRIEDMAN, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 2:16-07405

Northern District of California

JABBARI, ET AL. v. WELLS FARGO & COMPANY, ET AL., C.A. No. 3:15–02159
CHERNAVSKY v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 3:16–06326
CASON, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 3:16–07040

Middle District of Florida

STANTON v. WELLS FARGO & COMPANY, ET AL., C.A. No. 8:16–03318

District of New Jersey

BLANCHARD v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 1:16–07509

District of Utah

MITCHELL, ET AL. v. WELLS FARGO BANK, N.A., ET AL., C.A. No. 2:16–00966

MDL No. 2767 – **IN RE: MIRENA IUS LEVONORGESTREL–RELATED PRODUCTS LIABILITY LITIGATION (NO. II)**

Motion of plaintiffs Tiara Mitchell, Nancy Hopkins, Octavia Holmes, Kayla Talley, Andrea Johnson, Shakara Carter, Miranda Gledhill, Latonya Hoskin, Maryssa Reese, and Jessica Stanley to transfer the following actions to the United States District Court for the Southern District of Mississippi:

Northern District of Alabama

BRIDGES, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:14–00036

Eastern District of California

PATTERSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 1:14–01087

Northern District of California

JACKSON v. BAYER CORPORATION, ET AL., C.A. No. 3:16–06091

Central District of Illinois

THOMPSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 1:15–01117

Northern District of Indiana

CHEEK, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:15–00020

Western District of Kentucky

SMITH v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 3:14–00006
HARDWICK v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 3:14–00082
WASHINGTON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 3:16–00827
VINCENT v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 4:16–00126
BABICH–ZACHARIAS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 5:14–00101

Middle District of Louisiana

MITCHELL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 3:16–00816

District of Minnesota

MITLYNG v. BAYER PHARMA AG, ET AL., C.A. No. 0:16–03492
BOURGOIN, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 0:16–03494

Northern District of Mississippi

HOSKIN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 3:16–00231
HOLMES v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 4:16–00203

Southern District of Mississippi

TALLEY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 1:16–00447

Western District of Missouri

MILLER v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 4:14–00652
SELLERS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 4:14–00954

District of New Jersey

HAUSNER, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:14–03834
COOPER v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:14–04651
ROSELAND, ET AL. v. BAYER PHARMA AG, ET AL., C.A. No. 2:15–02480
SIMPSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:15–06072
MILES, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:15–07944
GUGLIELMO v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:15–07999
ROBINSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:15–08576
BLACK v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–00054
DUDLEY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–00056
RIEGEL–GREEN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–00057
GOYENA v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–00301
HOFFMAN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–00392
PALLANSCH v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–00393
GRECO v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–00795
SOLOMON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–01004

HOUCK v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−01418
ALLEN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−01644
SANTIAGO v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−01645
HOWE v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−01696
MCCANDLESS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−01773
KLOPFENSTEIN, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−01774
KESSLER v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−02594
SPETT v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03051
TRANUM v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03113
MICHEL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03203
MCGEE v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03341
WILSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03377
PIETERS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03476
BURNS, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03477
WALKER v. BAYER HEALTHCARE PHARMACEUTICAL, INC., ET AL., C.A. No. 2:16−03478
WATSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−03881
PETTLON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−04245
BUCKNER v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−04376
HAMILTON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−04377
PAVELKA v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−04378
JOHNSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16−04449

ALBERTSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–04836
THIESING v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–04837
MASSIE v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–04838
EDWARDS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05111
RODGERS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05118
SANCHEZ v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05120
VINCENT v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05121
ERB v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05327
WESSEL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05549
MYERS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05551
HEAGY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05880
ANDERSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05921
VON LANE v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05933
VAZQUEZ v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05934
COLLINS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–06121
NOBLES–HOBBS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–07327
CARTER v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–07331
GLEDHILL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–07332
HOPKINS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–07333
MAHLSTEDT v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–07907
ADAMS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–08013

CARMAN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08014
CONLEY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08015
DAWSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08017
GEE v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08018
LEE v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08019
SANDERLIN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08177
COCKRELL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08436
COOPER v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08447
REESE v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08670
CASON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08784
GARRISON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08785
STEED v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08786
DENNIS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08819
PETERSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08830
JACKSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08832
COAPMAN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08834
JOHNSON v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08836
COTTINGHAM v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08838
BRYAN v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08841
LIFORD v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08842
UTLEY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08843

STANLEY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08899
BEELER v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08904
HICKEY v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08905
TAYLOR v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08906
TOWNSEND v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08908
VEGA v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−08910
EVANS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−09334
WILLIAMS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−09339
KIRK v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−09340
HANKINS v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−09440
FACKRELL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:16−09443

District of Oregon

BOOTH, ET AL. v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 3:15−00598
DIEHL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 3:15−01687

Eastern District of Tennessee

CONING v. BAYER PHARMA AG, ET AL., C.A. No. 3:15−00137

Middle District of Tennessee

SCHALL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 3:15−01138

Western District of Tennessee

HAMILL v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL.,
C.A. No. 2:15−02645

District of Vermont

TOLBERT v. BAYER HEALTHCARE PHARMACEUTICALS, INC., ET AL., C.A. No. 5:15–00065

MDL No. 2768 – **IN RE: STRYKER ORTHOPAEDICS LFIT V40 FEMORAL HEAD PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Robert O'Hare, et al., to transfer the following actions to the United States District Court for the District of Massachusetts:

Southern District of Indiana

LAYNE, ET AL. v. HOWMEDICA OSTEONICS CORPORATION, C.A. No. 1:16–03350

District of Massachusetts

O'HARE, ET AL. v. HOWMEDICA OSTEONICS CORP., ET AL., C.A. No. 1:16–11510
D'ORLANDO v. HOWMEDICA OSTEONICS CORP., ET AL., C.A. No. 1:16–12253
DRISCOLL v. HOWMEDICA OSTEONICS CORP., ET AL., C.A. No. 1:17–10057

District of Minnesota

BELISLE v. HOWMEDICA OSTEONICS CORPORATION, C.A. No. 0:16–02881
SMITH, ET AL. v. HOWMEDICA OSTEONICS, ET AL., C.A. No. 0:16–03897

MDL No. 2769 – **IN RE: EXPRESS SCRIPTS HOLDING COMPANY SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION**

Motion of defendants Express Scripts Holding Company; Express Scripts, Inc.; George Paz; Timothy Wentworth; Eric Slusser; David Queller; James M. Havel; Maura C. Breen; William J. DeLaney; Elder Granger; Nicholas J. LaHowchic; Thomas P. MacMahon; Frank Mergenthaler; Woodrow A. Myers, Jr.; Roderick A. Palmore; William L. Roper; Seymour Sternberg; Christopher A. McGinnis; Gary G. Benanav; and Christopher K. Knibb to transfer the following actions to the United States District Court for the Eastern District of Missouri:

Eastern District of Missouri

GREEN, ET AL. v. PAZ, ET AL., C.A. No. 4:16–01900

Southern District of New York

IN RE EXPRESS SCRIPTS HOLDINGS COMPANY SECURITIES LITIGATION, C.A. No. 1:16−03338
IN RE EXPRESS SCRIPTS/ANTHEM ERISA LITIGATION, C.A. No. 1:16−03399
CARPENTERS PENSION FUND OF WEST VIRGINIA v. BREEN, ET AL., C.A. No. 1:16−07500

MDL No. 2770 − **IN RE: 1−800 CONTACTS ANTITRUST LITIGATION**

Motion of plaintiffs Daniel Bartolucci, et al., to transfer the following actions to the United States District Court for the District of Columbia:

District of District of Columbia

BARTOLUCCI, ET AL. v. 1−800 CONTACTS, INC., C.A. No. 1:17−00097
HENRY v. 1−800 CONTACTS, INC., ET AL., C.A. No. 1:17−00117

Eastern District of Pennsylvania

BEAN v. 1−800 CONTACTS, INC., C.A. No. 2:16−05726
ZIMMERMAN, ET AL. v. 1−800 CONTACTS, INC., C.A. No. 2:16−06417

District of Utah

THOMPSON, ET AL. v. 1−800 CONTACTS, INC., ET AL., C.A. No. 2:16−01183
STILLINGS v. 1−800−CONTACTS, INC., C.A. No. 2:16−01257

MDL No. 2771 − **IN RE: SAMSUNG GALAXY SMARTPHONE MARKETING AND SALES PRACTICES LITIGATION**

Motion of plaintiffs Demetrius Martin, et al., to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

MARTIN, ET AL. v. SAMSUNG ELECTRONICS AMERICA, INC., ET AL., C.A. No. 5:16−06391
PIRVERDIAN, ET AL. v. SAMSUNG ELECTRONICS AMERICA, INC., ET AL., C.A. No. 5:16−07325
ANGUIANO v. SAMSUNG ELECTRONICS AMERICA, INC., ET AL., C.A. No. 5:17−00315

Southern District of New York

GILLIGAN v. SAMSUNG ELECTRONICS AMERICA, INC., C.A. No. 1:16-09803

MDL No. 2772 - **IN RE: SORIN 3T HEATER-COOLER SYSTEM PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Phillip Lamar West, et al., to transfer the following actions to the United States District Court for the District of South Carolina:

Southern District of Iowa

CRAWFORD, ET AL. v. LIVANOVA PLC, ET AL., C.A. No. 3:16-00103
PRESCOTT v. LIVANOVA PLC, ET AL., C.A. No. 4:16-00472

Western District of North Carolina

BLEVINS v. LIVANOVA PLC, ET AL., C.A. No. 3:16-00785

Middle District of Pennsylvania

BAKER, ET AL. v. LIVANOVA PLC, C.A. No. 1:16-00260

District of South Carolina

FOSTER v. LIVANOVA PLC, ET AL., C.A. No. 3:17-00218
WEINACKER v. LIVANOVA PLC, ET AL., C.A. No. 6:16-02286
FOWLER, ET AL. v. LIVANOVA PLC, ET AL., C.A. No. 6:16-02307
BAGWELL, ET AL. v. LIVANOVA PLC, ET AL., C.A. No. 6:16-02308
MATTISON v. SORIN GROUP DEUTSCHLAND GMBH, ET AL., C.A. No. 6:16-03128
THOMASON, ET AL. v. SORIN GROUP DEUTSCHLAND GMBH, ET AL., C.A. No. 6:16-03129
JOHNSON v. SORIN GROUP DEUTSCHLAND GMBH, ET AL., C.A. No. 6:16-03130
SMITH v. SORIN GROUP DEUTSCHLAND GMBH, ET AL., C.A. No. 6:16-03131
GILSTRAP, ET AL. v. SORIN GROUP DEUTSCHLAND GMBH, ET AL., C.A. No. 6:16-03132
WEST, ET AL. v. LIVANOVA PLC, ET AL., C.A. No. 8:16-02688

District of South Dakota

EISENBERG, ET AL. v. SORIN GROUP DEUTSCHLAND GMBH, ET AL., C.A. No. 4:16-04175

MDL No. 2773 - **IN RE: QUALCOMM ANTITRUST LITIGATION**

Motion of plaintiffs Jordie Bornstein, et al., to transfer the following actions to the United States District Court for the Northern District of California:

Northern District of California

FEDERAL TRADE COMMISSION v. QUALCOMM INCORPORATED, C.A. No. 5:17-00220
BORNSTEIN, ET AL. v. QUALCOMM INCORPORATED, C.A. No. 5:17-00234
STROMBERG, ET AL. v. QUALCOMM INCORPORATED, C.A. No. 5:17-00304
MCMAHON v. QUALCOMM INCORPORATED, C.A. No. 5:17-00372
BOARDSPORTS SCHOOL LLC v. QUALCOMM INCORPORATED, C.A. No. 5:17-00398

Southern District of California

APPLE INC. v. QUALCOMM INCORPORATED, C.A. No. 3:17-00108
MILLER v. QUALCOMM INCORPORATED, C.A. No. 3:17-00147
MACKAY, ET AL. v. QUALCOMM INCORPORATED, C.A. No. 3:17-00148

MDL No. 2775 - **IN RE: SMITH & NEPHEW BHR & R3 HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Motion of plaintiffs Sidney Rand, Cynthia Kruse, Marla Hand, Sarah Crews, Alberto Grazia, Lori LeBlanc, Heidi Marion, and Steven Zingler to transfer the following actions to the United States District Court for the District of Maryland:

District of Arizona

SPELLMAN v. SMITH & NEPHEW, INC., C.A. No. 3:16-08080

Central District of California

RAND v. SMITH & NEPHEW, INC., C.A. No. 2:16-09383

District of Colorado

HUNT v. SMITH & NEPHEW, INC., C.A. No. 1:16−02401
KRUSE, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:16−03117

District of Connecticut

LAFOUNTAIN v. SMITH & NEPHEW, INC., C.A. No. 3:14−01598
MCANNENY v. SMITH & NEPHEW, INC., C.A. No. 3:17−00012

Central District of Illinois

COCHRAN v. SMITH & NEPHEW, INC., C.A. No. 1:16−01121
TIPSORD, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:16−01339

Northern District of Illinois

LAVERTY, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:15−09485
HAND, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:17−00432

Eastern District of Kentucky

CREWS v. SMITH & NEPHEW, INC., C.A. No. 5:16−00471

District of Maryland

WILLIAMS, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:14−03138
TWIGG, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 1:17−00256

Eastern District of Michigan

PESICK v. SMITH & NEPHEW, INC., C.A. No. 2:17−10219
GAFFKE v. SMITH & NEPHEW, INC., C.A. No. 2:17−10246

Southern District of Mississippi

SWITZER v. SMITH & NEPHEW, INC., C.A. No. 1:16−00351

Western District of Missouri

TINER v. SMITH & NEPHEW, INC., C.A. No. 6:17−03021

Northern District of New York

BALCH, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 5:16–00112

Eastern District of North Carolina

REDICK, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 7:17–00015

Northern District of Ohio

GRAZIA v. SMITH & NEPHEW, INC., C.A. No. 1:16–03051

Northern District of Texas

KIRBY, ET AL. v. SMITH & NEPHEW, INC., ET AL., C.A. No. 3:15–02543

Southern District of Texas

TAYLOR, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 2:17–00038
LEBLANC v. SMITH & NEPHEW, INC., C.A. No. 4:17–00022

District of Utah

MARION, ET AL. v. SMITH & NEPHEW, C.A. No. 1:15–00096

Western District of Virginia

GOWIN v. SMITH & NEPHEW, INC., C.A. No. 6:16–00061

Southern District of West Virginia

RAAB, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 2:14–30279
LEWIS v. SMITH & NEPHEW, INC., C.A. No. 2:16–11631
STARCHER, ET AL. v. SMITH & NEPHEW, INC., C.A. No. 2:17–00609

Eastern District of Wisconsin

ZINGLER v. SMITH & NEPHEW, INC., C.A. No. 1:16–01599

Western District of Wisconsin

FOX v. SMITH & NEPHEW, INC., C.A. No. 3:16–00798

MDL No. 2776 – **IN RE: FARXIGA (DAPAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff Chaim Z. Aron to transfer the following actions to the United States District Court for the Southern District of New York:

Southern District of Alabama

FORAN v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–00471

Southern District of Illinois

BLEDSOE v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 3:16–01295

Eastern District of Louisiana

MOORE v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 2:16–16809

Northern District of Mississippi

YOUNG v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 4:16–00108

Southern District of New York

WARNER v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08187
HUDSON, ET AL. v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08888
POPWELL v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08915
DOTY, ET AL. v. BRISTOL–MEYERS SQUIBB CO., ET AL., C.A. No. 1:16–08951
PONCE v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08959
FOWLER, ET AL. v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08960
PEREZ, ET AL. v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08961
PROSSER v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08962
BURKETT, ET AL. v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–08985
ASSAVEDO v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–09330
COLLINS v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–09722
ARON v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–10003
CORMIER v. BRISTOL–MYERS SQUIBB CO., ET AL., C.A. No. 1:16–10046

Eastern District of Pennsylvania

SEAY v. JANSSEN PHARMACEUTICALS, INC., ET AL., C.A. No. 2:16–05946

MDL No. 2777 ‑ **IN RE: CHRYSLER‑DODGE‑JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Motion of plaintiff R.D. Warren to transfer the following actions to the United States District Court for the Northern District of Alabama:

<u>Northern District of Alabama</u>

WARREN v. FIAT CHRYSLER AUTOMOBILES N.V., ET AL., C.A. No. 7:17‑00059

<u>Northern District of California</u>

CHAVEZ v. FCA US LLC, ET AL., C.A. No. 3:16‑06909
FASCHING, ET AL. v. FCA US LLC, ET AL., C.A. No. 3:17‑00231
CARPENTER, ET AL. v. FCA US LLC, ET AL., C.A. No. 3:17‑00288
KITCHEL, ET AL. v. FCA US LLC, ET AL., C.A. No. 3:17‑00538

<u>Southern District of California</u>

SEBASTIAN v. FCA US LLC, ET AL., C.A. No. 3:17‑00085

<u>Eastern District of Michigan</u>

BLEDSOE, ET AL. v. FCA US LLC, ET AL., C.A. No. 4:16‑14024

## SECTION B
## MATTERS DESIGNATED FOR CONSIDERATION WITHOUT ORAL ARGUMENT

MDL No. 2179 – **IN RE: OIL SPILL BY THE OIL RIG "DEEPWATER HORIZON" IN THE GULF OF MEXICO, ON APRIL 20, 2010**

Opposition of plaintiff Environmental Litigation Group PC to transfer of the following action to the United States District Court for the Eastern District of Louisiana:

Northern District of Alabama

ENVIRONMENTAL LITIGATION GROUP PC v. BP PLC, ET AL., C.A. No. 2:17–00050

MDL No. 2295 – **IN RE: PORTFOLIO RECOVERY ASSOCIATES, LLC, TELEPHONE CONSUMER PROTECTION ACT (TCPA) LITIGATION**

Opposition of plaintiff Adam Hoover to transfer of the following action to the United States District Court for the Southern District of California:

Middle District of Pennsylvania

HOOVER v. PORTFOLIO RECOVERY ASSOCIATES, LLC, C.A. No. 1:16–02418

MDL No. 2326 – **IN RE: BOSTON SCIENTIFIC CORP. PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Opposition of defendant William Parks Stanell, M.D., to transfer of the following action to the United States District Court for the Southern District of West Virginia:

Eastern District of Pennsylvania

MCGUIRE v. BOSTON SCIENTIFIC CORP., ET AL., C.A. No. 2:17–00091

MDL No. 2327 – **IN RE: ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Debra Stomel and Cynthia Patten and defendants Halina M. Zyczynski, M.D.; University of Pittsburgh Physicians; Womens Center for Bladder and Pelvic Health; Magee Womens Hospital of UPMC; and UPMC to transfer of the following actions to the United States District Court for the Southern District of West Virginia:

Central District of California

STOMEL v. ETHICON, INC., ET AL., C.A. No. 2:16–08830

Western District of Pennsylvania

PATTEN v. ZYCZYNSKI, ET AL., C.A. No. 2:16–01747

MDL No. 2441 – **IN RE: STRYKER REJUVENATE AND ABG II HIP IMPLANT PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Pamela J. Friend to transfer of the following action to the United States District Court for the District of Minnesota:

District of Colorado

FRIEND v. HOWMEDICA OSTEONICS CORPORATION, C.A. No. 1:16–03096

MDL No. 2455 – **IN RE: STERICYCLE, INC., STERI–SAFE CONTRACT LITIGATION**

Opposition of plaintiffs William J. Carter, D.D.S., et al.; Hillsboro Animal Hospital, LLC; and Michael MacQuarrie, M.D., to transfer of their respective following actions to the United States District Court for the Northern District of Illinois:

Middle District of Tennessee

CARTER, ET AL. v. STERICYCLE, INC., C.A. No. 3:16–03278
HILLSBORO ANIMAL HOSPITAL, LLC v. STERICYCLE, INC., C.A. No. 3:16–03279
MACQUARRIE v. STERICYCLE, INC., C.A. No. 3:16–03280

MDL No. 2570 – **IN RE: COOK MEDICAL, INC., IVC FILTERS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Kenyon Allen Collins, et al., and Anthony Halinski, et al., to transfer of their respective following actions to the United States District Court for the Southern District of Indiana:

Eastern District of Missouri

COLLINS, ET AL. v. COOK GROUP INCORPORATED, ET AL., C.A. No. 4:16–02140
HALINSKI, ET AL. v. COOK GROUP INCORPORATED, ET AL., C.A. No. 4:16–02141

MDL No. 2592 – **IN RE: XARELTO (RIVAROXABAN) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Christine Craig, et al.; Geraldine Breaud; Susan Colbert-Threats, et al.; and Marvin Daniels, et al., to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Central District of California

CRAIG, ET AL. v. JANSSEN RESEARCH AND DEVELOPMENT, LLC, ET AL., C.A. No. 5:17–00022

Eastern District of California

BREAUD v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL., C.A. No. 1:16–01932

Eastern District of Missouri

COLBERT–THREATS, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL., C.A. No. 4:16–01888
DANIELS, ET AL. v. JANSSEN RESEARCH & DEVELOPMENT, LLC, ET AL., C.A. No. 4:16–02162

MDL No. 2599 – **IN RE: TAKATA AIRBAG PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiff Rory Fite to transfer of the following action to the United States District Court for the Southern District of Florida:

Middle District of Georgia

FITE v. TAKATA CORPORATION, ET AL., C.A. No. 4:16–00373

MDL No. 2641 – **IN RE: BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Michelle Valentine, et al., to transfer of the following action to the United States District Court for the District of Arizona:

Central District of California

MICHELLE VALENTINE, ET AL. v. C.R. BARD, INC., ET AL., C.A. No. 2:17–00384

MDL No. 2666 – **IN RE: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs Hollis Jennings, et al., and Mark Weisbrod, et al., to transfer of their respective following actions to the United States District Court for the District of Minnesota:

Eastern District of Missouri

JENNINGS, ET AL. v. 3M COMPANY, ET AL., C.A. No. 4:17–00012
WEISBROD, ET AL. v. 3M COMPANY, ET AL., C.A. No. 4:17–00023

MDL No. 2672 – **IN RE: VOLKSWAGEN "CLEAN DIESEL" MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Northern District of California:

District of Colorado

BAKER v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No.1:17–00169
BETTENCOURT, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL., C.A. No. 1:17–00171

CHAVEZ, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
C.A. No. 1:17‒00172
FOX, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
C.A. No. 1:17‒00173
MCDONALD, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
C.A. No. 1:17‒00177
PONTARELLI v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
C.A. No. 1:17‒00181

<u>Northern District of Ohio</u>

RUDIN v. GANLEY WESTSIDE IMPORTS, INC., ET AL., C.A. No. 1:16‒02961

<u>District of Oregon</u>

AUKER v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒02386
BEARD v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒02388
CHURCHLEY, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
C.A. No. 3:16‒02389
HEBROD v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒02390
HOBIZAL, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC.,
C.A. No. 3:16‒02391
JERMAN v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒02392
JERMAN v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒02393
RIPKE v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:16‒02395
SMITH, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, C.A. No. 3:16‒02396
LEE, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., C.A. No. 3:17‒00003

<u>Southern District of Texas</u>

DAVILA, ET AL. v. VOLKSWAGEN GROUP OF AMERICA, INC., ET AL.,
C.A. No. 7:16‒00695

MDL No. 2691 ‒ **IN RE: VIAGRA (SILDENAFIL CITRATE) AND CIALIS (TADALAFIL) PRODUCTS LIABILITY LITIGATION**

Opposition of plaintiffs Sharon Smith, et al., to transfer of the following action to the United States District Court for the Northern District of California:

<u>Eastern District of Missouri</u>

SMITH, ET AL. v. PFIZER, INC., C.A. No. 4:17‒00110

MDL No. 2724 – **IN RE: GENERIC DIGOXIN AND DOXYCYCLINE ANTITRUST LITIGATION**

Motion of plaintiff Rochester Drug Co-Operative, Inc., to transfer the following actions to the United States District Court for the Eastern District of Pennsylvania:

District of New Jersey

FWK HOLDINGS, LLC v. TELIGENT, INC., ET AL., C.A. No. 1:16–09475

Southern District of New York

FWK HOLDINGS, LLC v. FOUGERA PHARMACEUTICALS, INC., ET AL., C.A. No. 1:16–09897
FWK HOLDINGS, LLC v. FOUGERA PHARMACEUTICALS, INC., ET AL., C.A. No. 1:16–09898
FWK HOLDINGS, LLC v. FOUGERA PHARMACEUTICALS, INC., ET AL., C.A. No. 1:16–09899
IN RE LEVOTHYROXINE ANTITRUST LITIGATION, C.A. No. 1:16–09900
FWK HOLDINGS, LLC v. ACTAVIS ELIZABETH, LLC, ET AL., C.A. No. 1:16–09901
CESAR CASTILLO, INC. v. SANDOZ, INC., ET AL., C.A. No. 1:16–09949
CESAR CASTILLO, INC. v. FOUGERA PHARMACEUTICALS, INC., ET AL., C.A. No. 1:16–09956
CESAR CASTILLO, INC. v. FOUGERA PHARMACEUTICALS, INC., ET AL., C.A. No. 1:16–10063
CESAR CASTILLO, INC. v. ACTAVIS ELIZABETH, LLC, ET AL., C.A. No. 1:17–00078

MDL No. 2738 – **IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the District of New Jersey:

Eastern District of Missouri

LEWIS, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16–01882
MOORE, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16–01915
HINTON, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16–01934
JONES, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16–01943
REA, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16–02165
LAGRONE, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:17–00066

Western District of Missouri

GLENN, ET AL. v. JOHNSON & JOHNSON, ET AL., C.A. No. 4:16‑01261

MDL No. 2740 ‑ **IN RE: TAXOTERE (DOCETAXEL) PRODUCTS LIABILITY LITIGATION**

Oppositions of plaintiffs to transfer of their respective following actions to the United States District Court for the Eastern District of Louisiana:

Central District of California

CASTAGNOLA v. SANOFI S.A., ET AL., C.A. No. 2:16‑09434
GARDNER v. SANOFI S.A., ET AL., C.A. No. 2:16‑09471

Northern District of California

JENKINS v. SANOFI S.A., ET AL., C.A. No. 3:16‑07306
ERNYES‑KOFLER, ET AL. v. SANOFI S.A., ET AL., C.A. No. 5:16‑07307

District of Delaware

ANTHONY v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01179
ALLEN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01180
ARRINGTON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01183
AUSTIN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01187
BLUNT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01188
BROOKS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01189
BROOKS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01190
BROWN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01191
BROWN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01192
BRYANT, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01193
CARLISLE v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01195
CHAPMAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01197
CHAPPELL v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01198
CLARK v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01199
COLEMAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01200
COOK v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01201
CROSS, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01202
DARDEN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01207
DAVIS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01208
DAVIS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01209
DOBSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01210
DUNCAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01211
FAIR, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01212
FLUELLEN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01213

FLYNSMITH, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL.,
C.A. No. 1:16–01214
FORD v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01215
FREEMAN, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01216
GARRETT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01219
GILLIAM v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01223
HAMPTON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01225
ZANDERS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01226
GOGGANS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01227
HARMON, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01230
HAYNES v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01231
HAYWOOD v. SANOFI–AVENTIS U.S. LLC, C.A. No. 1:16–01234
HORTON v. SANOFI–AVENTIS U.S. LLC, C.A. No. 1:16–01235
YOUNGBLOOD v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01237
WILSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01238
HOWARD v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01241
HYMES, ET AL. v. SANOFI U.S. SERVICES INC., ET AL., C.A. No. 1:16–01242
WILLIAMS, ET AL. v. SANOFI U.S. SERVICES INC., ET AL., C.A. No. 1:16–01244
YOUNG v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01245
JACKSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01246
KNIGHTEN ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01247
YOUNG v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01248
RODGERS, ET AL., v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01249
WASHINGTON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01250
LAMB v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01251
WARREN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01252
WALKER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01253
LEWIS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01256
ROBINSON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01257
LIVINGS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01258
RAY v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01259
WALKER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01260
LYLES v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01261
PAYTON, ET AL., v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01262
WALKER, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01263
TURNER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01264
LOCKE ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01265
NIXON v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01268
MARBURY v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01269
MULLINS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01270
MYRICK v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01271
TUCKER v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01272
NATION v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01273
NEMEC v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01274
TOLBERT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16–01276

NEVELS, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01277
TIMBERMAN v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01278
SELF v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01284
SMITH v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01286
THOMAS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01287
SPENCE v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01288
THOMAS v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01289
STEWART v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01290
TENORT v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01291
STONE v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01292
TAYLOR v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01293
TAYLOR, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01294
TAYLOR, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01295
TAYLOR v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:16‑01296
STROTHER, ET AL. v. SANOFI U.S. SERVICES, INC., ET AL., C.A. No. 1:17‑00012

Eastern District of Missouri

VINSON, ET AL. v. SANOFI S.A., ET AL., C.A. No. 4:16‑02137

MDL No. 2742 ‑ **IN RE: SUNEDISON, INC., SECURITIES LITIGATION**

Opposition of defendants The Plan Investment Committee, Peter Blackmore, Nabeel Gareeb, Marshall Turner, Robert J. Boehlke, John Marren, C. Douglas Marsh, William E. Stevens, James B. Williams, Ahmad R. Chatila, Michael McNamara, Kenneth H. Hannah, Mignon Cabrera, Jairaj Chetnani, Brandi Wallace, and James Welsh to transfer of the following action to the United States District Court for the Southern District of New York:

Eastern District of Missouri

JONES v. SUNEDISON, INC., ET AL., C.A. No. 4:08‑01991

## RULE 11.1: HEARING SESSIONS AND ORAL ARGUMENT

(a) Schedule. The Panel shall schedule sessions for oral argument and consideration of other matters as desirable or necessary. The Chair shall determine the time, place and agenda for each hearing session. The Clerk of the Panel shall give appropriate notice to counsel for all parties. The Panel may continue its consideration of any scheduled matters.

(b) Oral Argument Statement. Any party affected by a motion may file a separate statement setting forth reasons why oral argument should, or need not, be heard. Such statements shall be captioned "Reasons Why Oral Argument Should [Need Not] Be Heard" and shall be limited to 2 pages.

(i) The parties affected by a motion to transfer may agree to waive oral argument. The Panel will take this into consideration in determining the need for oral argument.

(c) Hearing Session. The Panel shall not consider transfer or remand of any action pending in a federal district court when any party timely opposes such transfer or remand without first holding a hearing session for the presentation of oral argument. The Panel may dispense with oral argument if it determines that:

(i) the dispositive issue(s) have been authoritatively decided; or
(ii) the facts and legal arguments are adequately presented and oral argument would not significantly aid the decisional process.

Unless otherwise ordered, the Panel shall consider all other matters, such as a motion for reconsideration, upon the basis of the pleadings.

(d) Notification of Oral Argument. The Panel shall promptly notify counsel of those matters in which oral argument is scheduled, as well as those matters that the Panel will consider on the pleadings. The Clerk of the Panel shall require counsel to file and serve notice of their intent to either make or waive oral argument. Failure to do so shall be deemed a waiver of oral argument. If counsel does not attend oral argument, the matter shall not be rescheduled and that party's position shall be treated as submitted for decision on the basis of the pleadings filed.

(i) Absent Panel approval and for good cause shown, only those parties to actions who have filed a motion or written response to a motion or order shall be permitted to present oral argument.
(ii) The Panel will not receive oral testimony except upon notice, motion and an order expressly providing for it.

(e) Duty to Confer. Counsel in an action set for oral argument shall confer separately prior to that argument for the purpose of organizing their arguments and selecting representatives to present all views without duplication. Oral argument is a means for counsel to emphasize the key points of their arguments, and to update the Panel on any events since the conclusion of briefing.

(f) Time Limit for Oral Argument. Barring exceptional circumstances, the Panel shall allot a maximum of 20 minutes for oral argument in each matter. The time shall be divided among those with varying viewpoints. Counsel for the moving party or parties shall generally be heard first.