# UNITED STATES JUDICIAL PANEL
# on
# MULTIDISTRICT LITIGATION

**CHAIR:**
**Sarah S. Vance**
**United States District Court**
**Eastern District of Louisiana**

**MEMBERS:**
**Marjorie O. Rendell**
**United States Court of Appeals**
**Third Circuit**

**Charles R. Breyer**
**United States District Court**
**Northern District of California**

**Lewis A. Kaplan**
**United States District Court**
**Southern District of New York**

**Ellen Segal Huvelle**
**United States District Court**
**District of District of Columbia**

**R. David Proctor**
**United States District Court**
**Northern District of Alabama**

**Catherine D. Perry**
**United States District Court**
**Eastern District of Missouri**

**DIRECT REPLY TO:**

**Jeffery N. Lüthi**
**Clerk of the Panel**
**One Columbus Circle, NE**
**Thurgood Marshall Federal**
**Judiciary Building**
**Room G-255, North Lobby**
**Washington, D.C. 20544-0005**

**Telephone: [202] 502-2800**
**Fax: [202] 502-2888**
**http://www.jpml.uscourts.gov**

## ADVISORY

Counsel appearing for oral argument before the Panel may bring cell phones and laptop computers into the courthouse. All cell phones must be turned off before entering the courtroom.